## Wilma E. Kinney, Appellee v. Philip C. Lindgren, et al., Appellants.

### Gen. No. 41,485.

574

opinion filed April 14, 1941. Kirkland, Fleming, Green, Martin & Ellis and Hershenson & Hershenson, for appellants; Vernon M. Welsh, Harry G. Hershenson and Wayne F. Swonk, of counsel; Warren H. Orr and William Shapiro, for appellee. Opinion by JUSTICE McSURELY. "Not to be published in full."